IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSE LAINEZ-ZAMORA,<br><br>  *Defendant.* | CRIMINAL ACTION NO.<br>5:21-cr-00052-TES-CHW-2 |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL**

Before the Court is the Defendant's Unopposed Motion to Continue Trial [Doc. 43]. On September 15, 2021, the Grand Jury charged Defendant Jose Lainez-Zamora with one count of Conspiracy to Possess with Intent to Distribute Controlled Substances and Controlled Substance Analogues in violation of 21 U.S.C. § 813, 841(a)(1), and 846. [Doc. 1, pp. 1–2]. Defendant entered a plea of not guilty on November 3, 2021. [Doc. 32].

The Defendant states that additional time will allow "the parties to fully exchange discovery and the Defendant and his counsel to fully review discovery and investigate this case." [Doc. 43, p. 2]. The Defendant also argues that additional time will allow "[him] and his counsel to try to resolve the outstanding issues in this case, and ensure each party had adequate time to assess, develop and implement effective legal strategies." [*Id.*]. Last, Defendant asserts additional time will allow "[t]he Government and [him] sufficient time to negotiate and pursue a potential resolution of this case other than a trial, if appropriate." [*Id.* at p. 3].

Consistent with Defendant's request, the Court **GRANTS** Defendant's Unopposed Motion to Continue Trial [Doc. 43] and **CONTINUES** this case to the Court's next regularly scheduled Trial Term—April 11, 2022. The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant for a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**SO ORDERED**, this 10th day of January, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**